UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSHUA MILLIGAN, by his legal guardian
and conservator, SUSAN THOMAS,

      Plaintiff,

v.                                       Case No. 16-cv-498

ABC CORP., a fictitious company,
DEF CORP., a fictitious company,
GHI CORP., a fictitious company,
JKL INSURANCE COMPANY, a fictitious company,
MNO INSURANCE COMPANY, a fictitious company,
PQR INSURANCE COMPANY, a fictitious company,

      Defendants,

and

ROCK ON THE RIVER, INC.
SCOTT SHECKLER,
JILL A. SHECKLER,
SHECKLER MANAGEMENT, INC.
COUNTRY ON THE RIVER, INC.

      Defendants and Third-Party Plaintiffs,

v.

ANTHONY WILLIAM RUNDE,

      Third-Party Defendant

---

## MOTION TO STAY AND EXTEND TIME

---

**NOW COMES** the Third-Party Defendant, Anthony William Runde, and will and hereby does move this Honorable Court for an Order (1) Staying these proceedings pending the resolution of Mr. Runde's state-court criminal proceeding, and (2) extending the time for Mr. Runde to respond to the Third-Party Complaint.

The bases for this motion are set forth in the Memorandum of Law and Declaration of David M. Stegall, filed herewith.

Respectfully submitted this 2nd day of February, 2017

    /s/ Daniel S. Lenz
Daniel S. Lenz
Lawton & Cates, S.C.
P.O. Box 2965
Madison, WI  53701-2965
(608) 282-6200
(608) 282-6252 (Facsimile)
dlenz@lawtoncates.com
*Attorney for Third-Party Defendant*
*Anthony William Runde*

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on February 2, 2017, a copy of this pleading was filed electronically. Notice of this filing will be sent to the following parties via this Court's electronic filing system:

>Timothy A. Bascom
>Jaclyn C. Kallie
>Bascom, Budish & Ceman, S.C.
>6400 North Mayfair Road
>Suite 1140
>Wauwatosa, WI 53226
>(414) 476-0800
>*Attorneys for the Defendants/Third-Party Plaintiffs*
>*Rock on the River, Inc., Scott Sheckler, Jill A. Sheckler, Sheckler Management, Inc. and Country on the River, Inc.*
>
>John T. Schomisch, Jr.
>ONE LAW GROUP, S.C.
>100 W. Lawrence St., Suite 112
>Appleton, WI 54911
>(920) 931-3942
>*Attorney for Plaintiff Joshua Milligan*
>
>/s/Daniel S. Lenz
>Daniel S. Lenz
>*Attorney for Third-Party Defendant*
>*Anthony William Runde*