

# The Harvest

September 2015

*Combined Newsletter of the:*
Prairie du Chien United Methodist Church
Eastman Salem United Methodist Church
Wauzeka St. Paul's United Methodist Church

Welcome to the combined newsletter of the Prairie du Chien, Eastman and Wauzeka United Methodist Churches. We hope you enjoy it and welcome your feedback!
Be sure to check out the full color version of this newsletter at, www.pdcumc.org

## PdC UMC Harvest Festival

Join us on Sunday, October 25th at 10:00am for our Fall Harvest Festival. The Bluegrass/Gospel Band The DisChords will lead us in worship. The DisChords are a group of five individuals who have dedicated their time and talents to sharing God's message through song.
A love offering for them will be taken during worship.
Following worship we will have a potluck.
Bring a dish to pass and a few friends. Everyone is welcome!!





## PdC UMC Annual Rummage Sale

Friday Oct. 2nd & Saturday Oct. 3rd will be the days for the annual Fall Rummage Sale at the PdC UMC. Set up will be Thursday, October 1st. Volunteers are needed. Start collecting your rummage sale donations and drop them off at the church beginning Sunday, September 27th.

### Monthly Newsletter

In an effort to save on postage and supplies, please let our secretary, Jennifer, know if you would prefer to receive your newsletter by e-mail in a pdf format. Not only would you help us save on postage and paper, you would receive your newsletter much sooner and in full color! If interested please e-mail Jen at pdcumc@mhtc.net or call the church office at 608-326-8321.



In an effort to get the monthly newsletter out in a more timely manner. The deadline for all newsletter articles will be the 15th of the month. Thanks in advance for your help on this!



**PdC Search**– PdC United Methodist Church
**Eastman Search**– The United Methodist Church of Eastman
**Wauzeka Search**– United Methodist Church of Wauzeka, WI
**Invite your friends to "like" us!**

# ~A Note from Pastor Barb~

Dear Friends:

"Think Greater!" That is the theme of the stewardship campaign our Administrative Council has decided to launch this month. "Think Greater!" is based on our Annual Conference's mission statement "Live, Give, Love…Beyond All Expectation" and was written by Conference staff and volunteers right here in Wisconsin.

I like "Think Greater" because it was written by people who understand at least a little of how we work and think in Wisconsin, and because it is free (costs of everything except paper and postage already covered by apportionments)! But the most important reason I like "Think Greater!" is that it understands stewardship as something much bigger than money. It understands stewardship as our use of everything God has given us—our time and talent as well as our treasure—to change lives into channels of the peace and power of the kingdom of God. This is also the way Jesus understood stewardship, so I believe it has something to teach every disciple of his.

"Think Greater!" will begin on the weekend of September 19/20, and end on Sunday, October 25—the day of our Harvest Festival. During this time, my sermons will be based on the "sub-themes" of the campaign which are "Live Enthusiastically," "Give Wholeheartedly," and "Love Unconditionally". In addition, the adult study I have just begun to lead on Tuesday mornings at 7 a.m. will focus on the scripture passages assigned by "Think Greater!" during this time. I hope you will come to any worship or study event your calendar allows to think with me about the Biblical foundations of the idea that stewardship is a concept as big as life itself.

You will be receiving letters from our lay leader, finance committee chair, and me during "Think Greater!" Yes, one of them will include a pledge card. But when the pledge card comes, please read it carefully. You will notice that it will offer you ways to support your church that have nothing to do with money. Not everyone is in a position to make a regular financial gift to the church, though the consistent witness of scripture is that God expects anyone who is in a position to do so will give some material wealth back to him. But everyone is in a position to give something to the church, Christ's own chosen means to transform the world for him. The "Think Greater!" pledge card will offer you several ways to give. I hope each of you will commit to at least one of them for the year 2016. The result of each member and friend of PdC UMC giving a portion of time, talent and/or treasure to the church would truly be "beyond all expectation."

Grace and peace to you,
Pastor Barb Cook

Case: 3:16-cv-00498-jdp Document #: 4-2 Filed: 08/03/16 Page 3 of 12

# ~Happening's In Eastman & Wauzeka~

**REV'S RAV REVIEW** *Will Return Next Month*

Pastor Lynn and Robin Baumeister are actively working with the FMSC Planning Committee to raise funds for the 2016 Mobile Pack. Please help us by joining the



All You Can Eat **TACO SUPPER**
Sept. 8 – Tuesday, 4:30-7:00 pm
at Boscobel U.M.Church
All proceeds to benefit
**FEED MY STARVING CHILDREN**

---

### (E) COTR "CLEAN UP 4 MISSION"



Mark Schreck, Jon + Becky + Brooklyn Nagel, Vince (back) + Owen Feye, Larry Folyer, Steve Schreck (back), Abby + Tracy Feye, Scott Schreck (back), Katey Dahlberg, Ben + Jacob + Cindy + Emma Payne, Bob Rose (back), Danni Boland, Marge Rose (not pictured Pastor Lynn)

THANK YOU to this amazing crew for their time, sweat and laughter in cleaning up the parking lot after "Country-on-the-River". They raised enough to cover $200 (of the $500 needed) for next year's Mission Trip workers: Emma Payne, Brooklyn Nagel, Owen Feye, Hannah Boland and Ryan Boland. Thank you to Bob & Marge Rose who are storing the cans until the price improves. ☺

Don't forget – Eastman's **Rock Solid** will begin again on Wednesday, September 9, 5:30-7:15 pm. Thereafter it will be on the FIRST WEDNESDAY of each month. Rock Solid starts with a simple supper at 5:30 pm and includes music & lessons for Pre-K through 5th grade.



# ~Happening's In Eastman & Wauzeka~
---

Our sympathy and prayers go to the family and friends
*whose loved ones have recently found new life with Christ*
**Orlyn Chunat** (husband of Peg)
**Bucky Buckmaster** (close family friend of Jones)
**Gilbert (Gene) Knutson** (husband of Dana)

---

## Thank You

From the family of Krissy Colson: To all our friends in Christ (at the Eastman U.M. Church, we Thank You for holding our hands, laughing with us, crying with us, praying for us, and walking beside us throughout Kristina's journey. You have been a blanket of comfort, surrounding us with immeasurable hope, love and support. We are eternally grateful. "May the Lord Reward You for Your Kindness" for you have indeed made him proud. God's Blessings to all!

### Summer Appeal keeps Eastman afloat

"THANK YOU" to everyone who donated in June and July to the Summer Appeal, the annual offering which keeps us afloat June-August. The collection so far has brought in $4,080 funding our ministries and keeping us in the black through July.

---

I would like to thank the congregation for giving me the opportunity to go on Mission Trip the past two years. It has impacted me in many ways, and helped me grow closer to God. This year's message "Tongue Pierced" was a very a powerful message that showed, how our words can destroy and/or save someone's life. One thing that has really stuck with me, is that people usually don't remember the good compliments or positive words people have to say, they usually remember the hurtful and harsh comments. This makes us realize that society as a whole needs to be more positive and impact more people's lives. One thing I have been noticing lately is that more people are paying forward, and this year one of my God moments was when our bus broke down and as we were standing aside the road in the middle of nowhere a women dropped us off ice cream and popsicles. Which was very nice and not expected because it was out of her way. One thing I look forward to every year on this trip is meeting new people and making new friends. I hope I have the opportunity to meet more people in the future and help those who need to experience their own God moment. So, I would like to thank everyone again.

Best memories ever,
Siena Krachey

---

**Wauzeka Birthday's**: 10 Robin Baumeister, 20 Pat Harvat, 21 Janet Wagner, 29 Brad Groom

**Eastman Birthday's**: 4 Sherry Folyer, 20 Larry Folyer

**Happy Anniversary**: 7 Doug & Kathy Oswald, 9 Larry & Sherry Folyer, 10 Dale & Bette Curtis, 23 Lorna & Eric Wolf, 24 Kristine & Will Hanson, ==26 Scott & Jill Sheckler==

## DATES to REMEMBER:

6 – COMMUNION SUNDAY
    Eastman TIME CHANGE:  worship service returns to 10:15 am
    Eastman "Blessed Brew" 9:45 am
7 --  Wauzeka's Labor Day parade and BBQ Chicken Dinner
8 – FMSC Taco Supper, 4:30-7:00 pm at Boscobel UMC
9 – Eastman ROCK SOLID  5:30-  7:15 pm
11 – Devotions at Prairie Maison 9:45 am,  Hymn Sing at Bluff Haven 10:30 am
14 – Wauzeka's Bible Study PdC Bluff Haven, 10:00 am
26 – River Boat Worship, 4:30-6:30 pm;  Eastman Firemen's Hog Roast
28 – Eastman Worship Com. Mtg. 6:30 pm

| Our GREETERS on the frontline of hospitality, are: | | |
|---|---|---|
| | Wauzeka | Eastman |
| September 6 | Kristine Hanson | |
| September 13 | Ken & Sharon Dearborn | |
| September 20 | Dana Knutson | Wilma Schreck |
| September 27 | Mary Chunat | |
| October 4 | Kristine Hanson | Jill Sheckler |
| October 11 | Ed & Darlene Reichmann | Taya Granzow |

**Eastman – "Blessed Brew" will resume on Sept. 6th**



Eastman's VBS "G-Force" – learning to be a force for God in our world --  had a record attendance with 45 kids! Thanks to so many adults and youth who helped make this a fantastic event for EVERYONE!



# ~News You Can Use~


*Recipe Of the Month*

**Cream Cheese Apple Coffee Cake**

**Cake Ingredients:**
1/2 cup (1 stick) butter, softened
1/2 cup brown sugar
1/4 cup white sugar
1 egg
1/4 cup vegetable oil
1/2 tablespoon vanilla
1 1/2 cups all-purpose flour
1/2 teaspoon baking soda
1/2 teaspoon baking powder
1/4 teaspoon salt
1 teaspoon cinnamon
1 1/2 cups chopped apples (chopped small)

**Cream Cheese Layer Ingredients:**
8 oz. softened cream cheese
1 teaspoon vanilla
3 tablespoons white sugar

**Streusel Ingredients:**
3/4 cup white sugar
1/4 cup brown sugar
1/2 cup flour
1 teaspoon cinnamon
1/2 teaspoon baking powder
1/8 teaspoon salt
6 tablespoons cold butter

**Directions:**
Preheat oven to 350ºF and grease an 8x8 inch square pan. Combine the butter and sugars for the cake and mix until fluffy. Add the egg, oil, and vanilla and mix until combined. Stir together the flour, baking soda, baking powder, salt, and cinnamon and stir into the butter mixture, mixing just until combined. Stir in the chopped apples. Spread into the prepared pan. Mix together the cream cheese, sugar, and vanilla for the cream cheese layer and spread over the cake batter in the pan. Combine all the streusel ingredients using your hands or a pastry blender until well combined. Sprinkle over the cream cheese mixture. Bake for about 45 minutes or until the topping is browned.
Can be stored in the refrigerator.


**Connectional Corner**

Our District Superintendent Scott Carlson and District Office Manager Sherry Malone ask each month for prayers of some of our sister United Methodist churches. All United Methodists in the Southwest District are invited to pray for the following congregations in September:

    August 31-Sept 6: Portage UMC—their 426 members and their pastor Tom Countryman
    September 7-13: Poynette Inch UMC—their 88 members and their pastor Dianne Vielhuber
    September 14-20: Prairie du Chien UMC—our 150 members and pastor Barbara Cook
    September 21-27: Prairie du Sac: Concordia UMC—their 280 members and their pastor Doris Simpson
    September 28-Oct. 4: Reedsburg UMC—their 312 members and their pastors Marvin Singh and Procopio Arellano

Prayer is the most basic form of care we offer each other as Christians. It is a form or care unique to religious people. Please use this treasure of the church this month to "build one another up" in the Wisconsin UMC.

**Volunteers are Needed**

**Hands of Hope**– (formerly Faith In Action) Is in need of volunteers for a variety of things. For more information and details please contact the Catholic Charities office at 326-1616.

**Community Christmas Dinner**– plans for the Community Wide Christmas Dinner are underway and donations are greatly needed. If you can donate, please bring money to the church office and Jen will forward to the appropriate place.

# ~News From the PdC Office~

## Treasurer's Report
Treasurer: Jen Kapinus

<u>General Receipts for August 1-24:</u> $7870
Does not include receipts for the last Sunday of the month.

<u>Expenses for August 1-24:</u>

| | |
|---|---|
| Accompanist | $150.00 |
| Apportionment | $65.00 |
| Annual Conference | $264.00 |
| Copier Maintenance | $105.06 |
| Health Insurance, Pension | $1877.76 |
| Insurance | $390.03 |
| Janitorial Services | $200.00 |
| Pastor Housing | $677.50 |
| Payroll | $3130.80 |
| Postage | $98.00 |
| Church Utilities | $602.01 |
| **Total Expenses** | **$7560.16** |

August has been another tight month for our church budget. If there are any questions about this report, please contact the church office. Thanks!

## PdC Birthday's

| | |
|---|---|
| 2 | Bev Whitaker |
| 2 | Sandra McCluskey |
| 3 | William Dyer |
| 4 | Dehlia Raine Koppen |
| 5 | Karen Mueller |
| 5 | Dakota Owens |
| 6 | Sylvia Hollenberger |
| 7 | Gloria Hutson |
| 10 | Joel Arnold |
| 11 | Nancy Ahrens |
| 11 | Margie Garthwaite |
| 12 | Adam Sinram |
| 12 | Kris Hall |
| 13 | Norma Huza |
| 17 | Sadie Sawvell |
| 21 | Ken Birrenbach |
| 21 | Joshua Grondin |
| 23 | Wanda Lear |
| 23 | Ruth Johnson |
| 26 | Tom Paulson |
| 26 | Melinda Giddings |
| 27 | Joshua Reichard |

### Happy Anniversary!!

| | |
|---|---|
| 15th | Ron and Janice Radloff |
| 16th | Phil and Marilyn Bouzek |
| 17th | Ray and Lola Childs |
| 18th | Erwin and Karen Mueller |

## Coming Soon….

| | |
|---|---|
| Oct. 2nd & 3rd | Fall Rummage Sale |
| Oct. 18 & 23rd | Trick-or-Treat for Unicef |
| Oct. 25th | **Fall Harvest Festival-** The DisChords will lead worship |
| Nov. 1st | All Saints Day Op Santa & Cap & Mitten Tree Collection Begins |
| Nov. 14th | UMW Fall Bazaar |
| Nov. 25th | Ecumenical Thanksgiving Service, details to be announced |
| Dec. 1st | Annual Charge Conference |
| Dec. 2nd | UMW/Martha Circle Christmas Party at 5:30pm |

## In Worship for September

**Greeters:**

| | |
|---|---|
| Sept. 6th | Greeter Needed |
| Sept. 13th | Sarah & Piper Koppen |
| Sept. 20th | Ruth Anne Caldwell |
| Sept. 27th | Helen Larson & Gladys Brown |

**Ushers:**
(Ushers are needed for September)

**Accompanists:**

| | |
|---|---|
| Sept. 6th | Volunteer Needed |
| Sept. 13th | Sue McDonald |
| Sept. 20th | Noreen Kahler |
| Sept. 27th | Lori Frailey |

# ~Happening's in PdC~

**PdC Annual Church/Charge Conference:** Will be held on Tuesday, December 1st at the PdC UMC. This will *not* be a joint church conference as in the past. Our DS Scott Carlson will be leading.
Our meeting time is scheduled for 6pm. More details as it gets closer.

### Sunday Morning Prayer Time

Clergy Day at Green Lake Conference Center was led by Rev. Dr. Tim Bias, director of our denomination's Discipleship Ministries (formerly the Board of Discipleship). As a result of listening to his engaging and thought provoking presentations, Pastor Barb is starting a new practice: prayer before Sunday morning worship for the people who will lead and the people who will come. Beginning September 6, she will be in her office from 8:30 a.m.-9 a.m. praying for the church—specifically for its ministry of worship. Worship leaders for the day (ushers, greeters, liturgist, organist/pianist) will be invited to join her if they want to; any other person who would like to pray for the service is also most welcome. The time of prayer will always begin with the prayer Pastor Barb learned from Rev. Bias: "O God, send us the people nobody else wants. Then make us ready to receive them." Prayer for the following Saturday evening service will be included; other specific prayers will depend on the day. In the church, changes for good always begin with prayer; please join Pastor Barb on September 6 or any other Sunday morning at 8:30 a.m. if you would like to be part of this particular prayer ministry.

### Martha Circle

Martha Circle will meet on Wednesday, September 2nd at 7pm. Everyone is Welcome. We will have a time to chat and catch up on all our summertime experiences over a cup of coffee and dessert later. Please come!
~Juanita Dyer

### Prayer Circle

Our Prayer Circle group will resume in September. We will continue to meet the 3rd Tuesday of the month at 9am at Huckleberry's Restaurant. See you on September 15th.

### *Notes from UMW….*

We will meet next on Wednesday, September 9th at 1pm. Mark your calendars for the UMW Fall Rummage Sale on October 2nd and 3rd. Fall Bazaar in tentatively set for Saturday, November 14th.



Church World Service TOOLS & BLANKETS create a rainbow of help and hope each time the right tool is placed in the hands of people in need. A simple truth: Ordinary things-things that we often take for granted like blankets... clean water...education…tents...garden tools...seeds-can make a world of difference for people devastated by tragedy, as well as those working to build a better life for themselves and their communities. Tools of hope empower people and bring a better tomorrow!
**Our special collection in July raised:**
**$360**
**Thanks to all who donated!**

# ~Happening's in PdC~

Sunday morning Church School is back in session beginning Sunday, September 13th at 8:45am. If you have any questions, contact Ann Steiber.

### Volunteers & Donations Needed

In preparation for the UMW Annual Fall Bazaar, (tentatively set for Nov. 14th) volunteers and donations are needed. We are in need of door prizes, crafts, baked goods and many volunteers.

### Tuesday Morning Bible Study

A new Tuesday morning study, led by Pastor Barb, has begun. We meet every Tuesday morning at 7am, followed by breakfast at Coaches at 8am.
Everyone is welcome and encouraged to attend!

### Scrip Card Ordering

Orders for Scrip are placed every Monday morning by 10am. Orders can be placed on Sunday's with Juanita Dyer or during office hours with Jen. Orders are usually available for pick up or delivery on Thursday mornings. If you haven't started ordering Scrip yet, talk to Jen in the office for details.

### Check It Out….Please!

September sets the stage for Fall activates. In the book 365 Daily Meditations for Women, Editor Mary Ruth Howes relates that September puts a halt to the carefree spirit of summer– and out automatic alarm rings and our back-to-school mentality kicks in. Recently Amy Sullivan sent to us from Superior a magnificent book titles The Library/ An Illustrated History by Stuart Murray. Our church has a long history of an exceptional collection of books started by Minnie Griesbach many years ago and carried forward by Lois Goen. The church dedicated a rooms of the Sunday School wing as the Griesbach-Goen Library. Pat Hauer and Hazel Boom volunteered to continue this effort to keep our congregation reading. Many others have given time to our library. (I'm afraid I might leave someone out if I started listing). Several years ago the library was relocated to an area in the Fellowship Hall. This move made the books more accessible to everyone. Our church boasts of several professional librarians. Do you know how many? Reading is truly a blessing and this book The Library will give you an interesting look at the history of libraries across the centuries. It incorporates beautiful illustrations and quotations. Attention Lowell Ahrens– it even cites Harold Hills song, "Mariam the Librarian" from the musical "The Music Man." This book presents the evolution of the written word from the early tablets to the mass produced, bound paper books to the digital formats of today. It truly is a magnificent book. Next to the title page is a large print entitled "The Bookworm" by Carl Spitzweg (1808-1885). It depicts library shelves eight tiers high packed with books. An older gentleman is standing on the platform of a TALL ladder. He has one book held between his knees, another book under his left arm, one in his left hand and is reading an open book in this right hand. I would entitle this picture "Gary Olson's vision of Heaven!!" For many reading is a pleasure– for some a real chore. We must be thankful that in America we are blessed with opportunities and freedom to read. Have a great school year!

Mary Don Olson
Church Librarian
aka "Mert"

A library is the delivery room for the birth of ideas, a place where history comes to life.
-Norman Cousins

Page 9

# ~Happening's in PdC~

**Upcoming Second 50 Events**
Everyone age 50+ is welcome! For rides, please contact St. Peter's Lutheran Church.
Tuesday, September 29th
11:00 AM - 1:00 PM
Maiden Voyage Tours boat trip.
Meet at Lawler Park. $15/per person.
Bring a brown bag lunch -
Water and juice provided.

**Save time, simplify your life**, and support the church! Our new **electronic Contribution program** is an  automatic funds transfer program that will allow you to make contributions without having to lift a pen to write a check or reach into your wallet for cash!

Here is how it works: you authorize a specified amount of money to be electronically transferred directly from your checking or savings account to the Church account. You also specify the frequency of the transfer to allow you to keep your check register up to date.

Talk to Jen in the office for details!

**Building Use:** if you want to use any of the church facilities or borrow anything from the church you need to make arrangements through Jen in the office.

### PdC UMC Holiday Bazaar
### Luncheon, Bake Sale, Craft Fair & Collectibles

Please join us on Saturday, November 14th!
10:30am-1:00pm
Festivities include: craft fair, bake sale, cook books, door prizes, collectibles, soup and sandwich luncheon, pasties, fun for all!
Crafts, baked goods and door prizes are needed.
**Menu**
*Beef Barley Soup* *Chicken Noodle Soup*
*Turkey Dressing Sandwiches*
*Barbecues *Pies *Coffee/Milk*
Carry-Outs Available







"I don't know if it was the same fish he flushed when he was six. I just know it ate him."

Page 10

# PdC September 2015

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  | 1<br>7am Bible Study<br>8am Coaches<br>9am Worship Committee | 2<br>7am Fellowship Breakfast<br>7pm Martha Circle | 3<br>7pm Finance Committee Meets | 4 | 5<br>5pm Contemporary Worship |
| 6<br>8:30 Worship Prayer<br>9am Fellowship<br>10am Worship | 7<br>Labor Day<br>Office Closed | 8<br>7am Bible Study<br>8am Coaches<br>9:15 Membership Committee Meets | 9<br>7am Fellowship Breakfast<br>1pm UMW | 10<br>10am Great River Care Center Worship | 11 | 12<br>5pm Contemporary Worship |
| 13<br>8:30 Worship Prayer<br>8:45 Church School<br>9am Fellowship<br>10am Worship | 14<br>6:45 Trustees Meet<br>7:30 Church Council Meets | 15<br>7am Bible Study<br>8am Coaches<br>9am Prayer Circle<br>7pm SPRC | 16<br>7am Fellowship Breakfast | 17<br>10am Walter Schmidt Worship | 18 | 19<br>5pm Contemporary Worship |
| 20<br>8:30 Worship Prayer<br>8:45 Church School<br>9am Fellowship<br>10am Worship | 21<br>Pastor Off | 22<br>7am Bible Study<br>8am Coaches | 23<br>7am Fellowship Breakfast<br>10am Prairie Maison Worship | 24 | 25 | 26<br>5pm Contemporary Worship |
| 27<br>8:30 Worship Prayer<br>8:45 Church School<br>9am Fellowship<br>10am Worship | 28 | 29<br>7am Bible Study<br>8am Coaches<br>11am 2nd 50 Event | 30<br>7am Fellowship Breakfast |  |  |  |

Prairie du Chien
United Methodist Church
625 S Dousman
Prairie du Chien, WI 53821

Address Service Requested

TO:

 2015

---

### Eastman & Wauzeka Worship
Pastor Lynn Schreck

**Wauzeka**
Sunday mornings Worship & Sunday School
8:30 am– Communion 1st Sunday

**Eastman**
Sunday mornings Worship at 10:15
Sunday School 10:15 (except 1st Sun. of month)
Communion First Sunday
Rock Solid – 1st Wednesday, 5:30-7:15pm

**Contact Info:**
Find us on Facebook, search:
Wauzeka: United Methodist Church of Wauzeka, WI
Eastman: The United Methodist Church of Eastman
Pastor Lynn Phone: 608-734-3813
E-Mail: sschreck@centurytel.net

### Prairie du Chien Worship
Pastor Barb Cook
608-778-6084
Pastor Office Hours: Tuesday & Thursday
8:30-12:30
**Sunday Mornings**
8:45am Children's Church School
9:00am Fellowship Hour
10:00am Traditional Worship
Communion served first Sunday
**Saturday Evenings**
Contemporary Worship Service every
Saturday at 5pm
Communion served first Saturday

**Contact Info**:
www.pdcumc.org
E-Mail: pdcumc@mhtc.net
Phone 608-326-8321
Office Hours: Mon, Tues, Thurs, Friday
8:30-12:30