UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

---

JOSHUA MILLIGAN, by his legal guardian
and conservator, SUSAN THOMAS,

Plaintiff,

vs.

ABC CORP., a fictitious company,
DEF CORP., a fictitious company,
GHI CORP., a fictitious company,
JKL INSURANCE COMPANY, a fictitious company,
MNO INSURANCE COMPANY, a fictitious company, and
PQR INSURANCE COMPANY, a fictitious company,

Defendants,

And

ROCK ON THE RIVER, INC.,
SCOTT SHECKLER,
JILL A. SHECKLER,
SHECKLER MANAGEMENT, INC.,
COUNTRY ON THE RIVER, INC.,

Defendants and Third-Party Plaintiffs,

vs.

ANTHONY WILLIAM RUNDE

Third-Party Defendant

Case No. 16-CV-498

---

# AFFIDAVIT OF KIMBERLY EICHHORN IN THE UNRESISTED MOTION TO EXTEND DEADLINES FOR EXPERT WITNESS DISCLOSURES, DISPOSITIVE MOTIONS, AND NEW TRIAL DATE

Kimberly Eichhorn being first duly sworn deposes and states as follows:

1. In February of 2017 I placed a call to the Crawford County Police Department and requested the July 13, 2013 police report of the incident that is the subject matter of this case. I was told the criminal case stemming from the incident had been turned over to the Attorney General's office and because of this, Crawford County was no longer able to provide information in the case. I was provided a phone number for the Assistant Attorney General, Christopher Liegel, who is prosecuting the criminal case against the defendant, Anthony Runde.

2. In February of 2017 I also called Attorney Chistopher Liegel and left a detailed voicemail requesting the police report of the incident that is the subject matter of this case. I called again a week later and left another detailed message requesting the police report. To date I have not received any response from Christopher Liegel or any individual in his office.

3. The week of February 20th the plaintiffs legal guardian, Susan Thomas, was contacted regarding any potential information she may have regarding the police report in this matter. Susan stated that she had a good relationship with the investigator in charge of the criminal case and would request the report. On Friday, February 24th, I was contacted and given the information that neither Susan Thomas nor the investigator in charge of the case would be able to obtain the report due to pending charges in the criminal case against Defendant, Anthony Runde.

4. As of April 14, 2017 I have been unable to obtain the police report or any portions of it.

Dated this 14th day of April, 2017

_Kimberly Eichhorn_
Kimberly Eichhorn

Subscribed and sworn to before me this 14th day of April, 2017.

_____
Notary Public, State of Wisconsin
My commission expires: Is Permanent