Russell Kolins

YEARS 2009-2017

| DATE | TESTIMONY TYPE | CASE CAPTION | LOCATION | COURT JURISDICTION | INCIDENT TYPE | P/D |
|---|---|---|---|---|---|---|
| 5/2/2017 | Deposition | Estate of Cary R. Mattos v. American Legion Post et al | Newton, NJ | Superior Court of New Jersey Law Division - Sussex County | Bar Operation Negligent Security | P |
| 3/29/2017 | Trial | Richard Rivera v. Cuba Libre; Guestcounts Hospitality; Olbys Artigas; Matthew Poole | Atlantic City, NJ | Superior Court of New Jersey Law Division - Atlantic County | Bar/Nightclub Security and Operations; Use of Force | P |
| 3/22/2017 | Trial | Annette Rauch and Edward Rauch v. Nardi's Tavern | Flemington, NJ | Superior Court of New Jersey Law Division - Hunterdon County | Bar/Nightclub Security and Operations; Use of Force | P |
| 2/27/2017 | Deposition | Estate of Taylor Evans v. Jacksonville Landing Investments | Jacksonville, FL | Circuit Court, Fourth Judicial Circuit Duval County | Negligent Security; Parking Lot; Assault by Vehicle | P |
| 1/27/2017 | Deposition | Estate of Ethan P. Connolly v. University of Delaware | Wilmington, DE | Superior Court of the State of Delaware: New Castle County | Negligent Security; Premises Liability | P |
| 12/19/2016 | Trial | Nunez and Cuevas v. Little Portugal Café | Philadelphia, PA | Court of Common Pleas of Philadelphia County | Negligent Security Nightclub and Strip Mall | P |
| 12/13/2016 | Deposition | Marvin Ortiz for Estate of Suamy Ortiz v. Precision Security Agency, Inc. | Newark, NJ | Superior Court of New Jersey Law Division: Essex County | Dram Shop/Negligent Security | D |


EXHIBIT B3

Russell Kolins

YEARS 2009-2017

| DATE | TESTIMONY TYPE | CASE CAPTION | LOCATION | COURT JURISDICTION | INCIDENT TYPE | P/D |
|---|---|---|---|---|---|---|
| 12/5/2016 | Deposition | Nicole Webb for Estate of Phillip Webb v. Carnival Corporation | Miami, FL | United States District Court for the Southern District of Florida Miami Division | Dram Shop/Security Cruise Ship | P |
| 11/30/2016 | Hearing | 61st Street Adult Cabaret | Philadelphia, PA | Philadelphia Zoning Board of Adjustment | Risk Assessment | Appellant |
| 11/3/2016 | Trial | Robert Kutina v. LaQuinta Inn & Suites | Newark, NJ | Superior Court of New Jersey Law Division: Middlesex County | Hotel Security; Assault | P |
| 10/20/2016 | Trial | Joshua Mathews v. Jensen's Liquor Store, Inc. et al | Jacksonville, FL | Circuit Court, Fourth Judicial Circuit Duval County | Crowd Control; Bar Operations; Negligent Security | P |
| 10/13/2016 | Daubert Hearing | Joshua Mathews v. Jensen's Liquor Store, Inc. et al | Jacksonville, FL | Circuit Court, Fourth Judicial Circuit Duval County | Crowd Control; Bar Operations; Negligent Security | P |
| 8/31/2016 | Trial | Carol Ann Forrester v. Huckleberry Entertainment, LLC, d/b/a Fun City | Des Moines, IA | Iowa District Court for Des Moines County | Negligent Security in a Casino; Crowd Management/ Crowd Control; Premises Liability | P |
| 8/24/2016 | Deposition | Stephanie Dabek v. Blue Line Security Services, et al | Washington, DC | Superior Court of the District of Columbia Civil Division | Negligent Security; Crime Prevention; Robbery/Assault; Premises Liability | P |
| 8/5/2016 | Trial | James Coley v. Keystone Turf Club, Inc., et al | Philadelphia, PA | Court of Common Pleas Philadelphia County | Crowd Management; Assault/Negligent Security | P |

Russell Kolins

| DATE | TESTIMONY TYPE | CASE CAPTION | LOCATION | COURT JURISDICTION | INCIDENT TYPE | P/D |
|---|---|---|---|---|---|---|
| 7/27/2016 | Deposition | Kelly Gerber v. Wal-Mart Stores, Inc., et al | Charleston, South Carolina | County of Berkeley, Court of Common Pleas Ninth Judicial Circuit | Crowd Management; Assault/Premises Liability | P |
| 6/3/2016 | Deposition | Paris Marshall v. Oak Tavern, Inc. et al | Vineland, NJ | Superior Court of New Jersey, Law Division - Cumberland County | Active Shooter; Bar Operation; Negligent Bar Security; Premises Liability | P |
| 4/25/2016 | Deposition | Jorge Gonzalez v. Stoneybrook West Golf Club, LLC, Inc. etc. | Orlando, FL | Ninth Judicial Circuit in and for Orange County, Florida General Jurisdiction Division | Liquor Liability | P |
| 4/21/2016 | Trial | Heather Baumgardner v. Sofitel; Accor S.A., et al | Philadelphia, PA | Court of Common Pleas Philadelphia County | Hotel Operations; Negligent Security | P |
| 3/23/2016 | Deposition | Julian Binger v. VC Lauderdale, Inc. | Ft. Lauderdale, FL | 17th Judicial Circuit Court in and for Broward County, Florida | Negligent Hiring; Negligent Retention; Excessive Force by Security; Bar Operations | P |
| 2/18/2016 | Deposition | Estate of Sunil Rattu v. Trump Entertainment Resorts, Inc.; et al | New Brunswick, NJ | Superior Court of New Jersey Law Division - Middlesex County | Negligent Security Parking Garage; Homicide; Assault; Car Jacking | P |
| 2/12/2016 | Sworn Declaration | Medina v. Hard Rock Café International et al | Gulf Port, MS | Chancery Court of Jackson County, Mississippi | Liquor Liability; Bar Operations; Security | D |

YEARS 2009-2017

Russell Kolins

| DATE | TESTIMONY TYPE | CASE CAPTION | LOCATION | COURT JURISDICTION | INCIDENT TYPE | P/D |
|---|---|---|---|---|---|---|
| 1/14/2016 | Deposition | Carol Ann Forrester v. Huckleberry Entertainment, LLC, d/b/a Fun City | Des Moines, IA | Iowa District Court for Des Moines County | Negligent Security in Casino; Crowd Control; Premises Liability | P |
| 12/4/2015 | Deposition | Kenneth K. Miller v. Live Nation Worldwide, Inc. | Baltimore, MD | United States District Court Southern District of Maryland | Negligent Security; Premises Liability; Crowd Control; Concert Venue Management | P |
| 10/30/2015 | Deposition | Estate of Phillip Heller v. The Diving Horse et al | Atlantic City, NJ | Superior Court of New Jersey Law Division: Atlantic County | Dram Shop; Bar Operations; Security; Death by Alcohol Poisoning | P |
| 10/26/2015 | Deposition | D'Amico v. National Event Services | Camden, NJ | Superior Court of New Jersey Law Division: Camden County | Use of Force; Premises Liability | P |
| 10/1/2015 | Trial | Kyle Joseph Mundy v. Delaware Golf and Travel, LLC and Gold Club Partners, LTD | Wilmington, DE | Superior Court of the State of Delaware: New Castle County | Use of Force; Premises Liability | D |
| 8/19/2015 | Deposition | Michele Gellis et al v. Fairmont Hotels & Resorts, Inc. et al | Phoenix, AZ | Superior Court, State of Arizona: Maricopa County | Hotel Operations; Safety Management; Premises Liability | P |
| 6/29/2015 | Deposition | Terence Ware and Kathleen Ware v. Westside Village Tavern et al | Paterson, NJ | Superior Court of New Jersey Law Division: Passaic County | Bar Security; Bar Operations; Excessive Force | P |

YEARS 2009-2017

Russell Kolins                                                                                                                        YEARS 2009-2017

| DATE | TESTIMONY TYPE | CASE CAPTION | LOCATION | COURT JURISDICTION | INCIDENT TYPE | P/D |
|---|---|---|---|---|---|---|
| 6/26/2015 | Deposition | Michael Kidd v. Mid-Con Hospitality Group | Chicago, IL | Circuit Court of the Twelfth Judicial Circuit Will County, Illinois | Hotel Room Invasion; Negligent Security/ Hotel Operations | P |
| 6/12/2015 and 6/16/2015 | Deposition | Matthew Hollingsworth Administrator of the Estate of Houston Calhoun v. 7-Eleven, Inc. et al | Camden, NJ | Superior Court of New Jersey Camden County | Homicide of Customer by 7-Eleven Employee; Premises Liability; Negligent Hiring; Negligent Security | P |
| 5/5/2015 | Deposition | Jose Manuel Gonzalez v. Keys J.J. Doghouse, Inc, et al | Key West, FL | Circuit Court, 16th Judicial Circuit Monroe County | Premises Liability; Bar Security; Bar Operations | P |
| 4/1/2015 | Deposition | Demetrios Demetriou v. Café Saint-Ex | Washington, DC | Superior Court of the District of Columbia Civil Division | Negligent Security; Bar Operations; Premises Liability | P |
| 3/27/2015 | Deposition | Tyrone Pratt v. RPAI US Management, et al | Green Belt, MD | Circuit Court for Prince George's County, Maryland Civil Division | Negligent Security; Bar Operations; Premises Liability | P |
| 3/11/2015 | Trial | Matthew Smith v. Bijou, LLC et al | Philadelphia, PA | Court of Common Pleas Philadelphia County | Premises Liability; Bar Security; Bar Operations; Dram Shop; Premises Liability | P |
| 3/4/2015 | Trial | Elana Hudson v. Buckeye Beverage Corporation d/b/a Connor's Pub | Indianapolis, IN | State of Indiana, County of Marion; Marion County Superior Court | Liquor Liability; Bar Operations | P |

Russell Kolins

| DATE | TESTIMONY TYPE | CASE CAPTION | LOCATION | COURT JURISDICTION | INCIDENT TYPE | P/D |
|---|---|---|---|---|---|---|
| 2/27/2015 | Deposition | Michael Kidd v. Mid-Con Hospitality Group | Chicago, IL | Circuit Court of the Twelfth Judicial Circuit Will County, Illinois | Hotel Room Invasion; Negligent Security/ Hotel Operations | P |
| 2/24/2015 | Deposition | Diego Gonzalez v. Father English Community Center et al | Paterson, NJ | Superior Court of New Jersey Law Division: Passaic County | Crowd Control/Negligent Security; Assault on Concert Goer | P |
| 12/16/2014 | Trial | Jared Delorenzo v. Buffalo Billiards Philadelphia LP et al | Philadelphia, PA | Court of Common Pleas Philadelphia County | Bar Security; Bar Operations; Excessive Force | P |
| 12/15/2014 | Deposition | Joshua Mathews v. Jensen's Liquor Store, Inc. et al | Jacksonville, FL | Circuit Court, Fourth Judicial Circuit Duval County | Crowd Control; Bar Operations; Negligent Security | P |
| 11/24/2014 | Trial | John Waerig and Jennifer Waerig v. MG 3517, LLC and Pat's 3517, Inc. and Hammerheads Sports Bar & Grill | Philadelphia, PA | Court of Common Pleas Philadelphia County | Negligent Security; Excessive Force | P |
| 10/7/2014 | Deposition | Kyle Fann v. Macking VIII, Inc, and Kings Management Company, Inc. | Kansas City, KS | District Court of Wyandotte County, Kansas | Negligent Security; Shooting and Robbery in McDonalds's Parking Lot | P |
| 9/17/2014 | Deposition | William Marc Battista v. Brass Ring Pub of RPB, LLC | Miami, FL | 11th Judicial Circuit Court Miami-Dade County, State of Florida | Bar Operations; Negligent Security; Excessive Force | P |
| 8/28/2014 | Deposition | Hank Jackson v. Luckie's Tavern, et al | Baltimore, MD | Circuit Court for Baltimore City and State of Maryland | Bar Operations; Excessive Force | D |
| 8/28/2014 | Rule 26(b)(4) Statement | Federico Garay v. U Street Music Hall, LLC | Washington, DC | Superior Court of the District of Columbia Civil Division | Bar Operations; Bar Security | D |

YEARS 2009-2017

Russell Kolins

| DATE | TESTIMONY TYPE | CASE CAPTION | LOCATION | COURT JURISDICTION | INCIDENT TYPE | P/D |
|---|---|---|---|---|---|---|
| 6/17/2014 | Deposition | Elana Hudson v. Buckeye Beverage Corporation d/b/a Connor's Pub | Indianapolis, IN | State of Indiana, County of Marion: Marion County Superior Court | Bar Operations; Security; Premises Liability | P |
| 4/15/2014 | Deposition | Threadgill v. TD's | Albuquerque, NM | State of New Mexico County of Sandoval Thirteenth Judicial District Court | Crowd Control; Bar Security/ Bar Operations | D |
| 3/31/2014 | Deposition | Joel Membreño-Navarro v. Cancun Bar, et al | New Brunswick, NJ | Superior Court of New Jersey Law Division: Middlesex County | Negligent Security/ Bar Operations/ Excessive Force | P |
| 1/16/2014 | Deposition | Glen G. LePoidevin v. Big Ed's BBQ, Inc. | New Brunswick, NJ | Superior Court of New Jersey Law Division: Middlesex County | Dram Shop/ Bar Security/ Bar Operations | P |
| 11/22/2013 | Deposition | Alfred Wilson et al v. Borgata Hotel, Casino and Spa Inc. et al | Atlantic City, NJ | Superior Court of New Jersey: Law Division Atlantic County | Crowd Control; Negligent Security/ Excessive Force | P |
| 11/4/2013 | Trial | Michael Knezevic and Tina Knezevic v. Wellmont Theatre | Newark, NJ | Superior Court of New Jersey: Law Division Essex County | Negligent Security/ Bar Operations/ Assault by Bouncer | P |
| 10/25/2013 | Trial | Sandoval v. Tambora Café | Philadelphia, PA | Court of Common Pleas Philadelphia County | Negligent Security Landlord of Strip Mall and Bar | P |
| 10/21/2013 | Trial | Estate of Bachleitner v. The District Lounge & Grille | Washington, DC | Superior Court of the District of Columbia Civil Division | Bar Operations/ Negligent Security/ Fatal Dram Shop | D |
| 10/9/2013 | Deposition | Richard Gary Robins, Jr. v. Sea Oaks Country Club | Toms River, NJ | Superior Court of New Jersey: Law Division Ocean County | Negligent Security/Assault in Parking Lot | P |

YEARS 2009-2017

Russell Kolins

YEARS 2009-2017

| DATE | TESTIMONY TYPE | CASE CAPTION | LOCATION | COURT JURISDICTION | INCIDENT TYPE | P/D |
|---|---|---|---|---|---|---|
| 7/26/2013 | Sworn Expert Declaration | David Cormia v. Cheetah's West Palm Beach | Palm Beach, FL | 15th Judicial Circuit Court Palm Beach County | Dram Shop/ Bar Operations | D |
| 7/25/2013 | Hearing | Appeal of Delilah's Den; Club Risqué; and Cheerleaders | Philadelphia, PA | Tax Review Board | Bar Operations/ Hospitality Expert | Appellant |
| 7/23/2013 | Deposition | Justin Baldwin v. Georgia King Village; Beacon Residential Mgmt.; Sterling Security, et al | Newark, NJ | Superior Court of New Jersey; Law Division Essex County | Aggravated Assault by Shooting in Apartment Complex/ Negligent Security | D |
| 6/27/2013 | Sworn Expert Declaration | Sharon Davis, et al v. City of New York; New York Police Department et. al. | New York City | Supreme Court of the State of New York, County of Queens | Crowd Control/Inadequate Security at Major Concert Event | D |
| 6/26/2013 | Trial | Monte Freire v. Chowder Pot, III, LTD, et al | New Haven, CT | Judicial District of New Haven at New Haven | Dram Shop/Bar Operation Standard of Care/Negligent Security | D |
| 6/25/2013 | Deposition | Estate of Darnell Raynard Parker v. Studio A | Miami, FL | 11th Judicial Circuit Court Miami-Dade County, State of Florida | Crowd Control; Negligent Security/ Bar Operations/ Fatal Shooting in Nightclub | P |
| 6/10/2013 | Deposition | Monte Freire v. Chowder Pot, III, LTD, et al | New Haven, CT | Judicial District of New Haven at New Haven | Dram Shop/Bar Operation Standard of Care/Negligent Security | D |
| 5/29/2013 | Deposition | Estate of Jordan J. Griner v. Door 44, LLC d/b/a Door 44 | Atlanta, GA | State Court of Fulton County State of Georgia | Dram Shop/ Standard of Care | D |

Russell Kolins

| DATE | TESTIMONY TYPE | CASE CAPTION | LOCATION | COURT JURISDICTION | INCIDENT TYPE | P/D |
|---|---|---|---|---|---|---|
| 4/18/2013 | Sworn Expert Declaration | Marcus Bount v. Maryland Skating of Baltimore, LLC | Baltimore, MD | US District Court of Maryland Baltimore Division | Crowd Control; Inadequate Security, Robbery and Stabbing of Patron | P |
| 4/11/2013 | Deposition | Samantha Tomacelli v. Tomfooleries and Buzzard Beach Lounge | Kansas City, MO | Circuit Court Jackson County Missouri | Dram Shop | P |
| 2/5/2013 | Trial | Kenneth Peters v. BOLA Inc. t/a Ashton Pub | Philadelphia, PA | Court of Common Pleas County of Philadelphia | Assault Patron on Patron | P |
| 7/13/2012 | Deposition | Jesse Michaud v. Borgata Hotel, Casino & Spa et al | Atlantic City, NJ | Superior Court of New Jersey Law Division: Burlington County | Assault Patron on Patron; Inadequate Security in Casino | P |
| 5/9/2012 | Deposition | Jeffrey Budzinski v. Live Nation; Theater of the Living Arts | Trenton, NJ | Superior Court of New Jersey Law Division Mercer County | Negligent Security/ Crowd Control; Injury to Concert Goer | P |
| 3/23/2012 | Sworn Expert Declaration | James Lewis Long v. Looney's Pub et al | Bel Aire, MD | Circuit Court for Harford County, MD | Assault Outside Bar/Parking Lot | D |
| 3/9/2012 | Deposition | James Brown v. American Legion Theodore Roosevelt Post #4 | Vineland, NJ | Superior Court of New Jersey Law Division Gloucester County | Negligent Security/ Assault by Shooting in Venue Parking Lot | P |
| 2/10/2012 | Deposition | Estate of Bachleitner v. The District Lounge & Grille | Washington, DC | Superior Court of the District of Columbia Civil Division | Bar Operations/ Negligent Security/ Fatal Dram Shop | D |

Russell Kolins                                                                                                         YEARS 2009-2017

| DATE | TESTIMONY TYPE | CASE CAPTION | LOCATION | COURT JURISDICTION | INCIDENT TYPE | P/D |
|---|---|---|---|---|---|---|
| 1/18/2012 | Trial | Commonwealth v. Amin Speakes | Philadelphia, PA | Court of Common Pleas Criminal Division | Homicide by Shooting Qualified as Security Expert on Video Surveillance for Alibi Defense Verdict: Not Guilty | D |
| 11/29/2011 | Legislation | Philadelphia City Council Bouncer's Bill | City Hall Council Chambers | Philadelphia City Council | Expert Alcohol/Security Consultant to City Council | Legislative |
| 9/9/2011 | Trial | Nicholas Ratkowski v. Houlihans; Al Valverde Security; Paramus Restaurant LLC; Thirty Five Plaza Associates | Hackensack, NJ | Superior Court of New Jersey Law Division: Bergen County | Assault/Parking Lot/Inadequate Security/Premises Liability | P |
| 6/23/2011 | Trial | Jacqueline Ferry v. Pure Night Club | Philadelphia, PA | Court of Common Pleas County of Philadelphia | Rape of Patron/ Negligent Security | P |
| 4/7/2011 | Trial | Samuel Kipp v. Pepper Pots Pub, et al | Camden, NJ | Superior Court of New Jersey Law Division: Camden County | Dram Shop/ Assault/ Negligent Security/ Premises Liability | P |
| 3/2/2011 | Trial | Jeffrey Nicolary v. 12th Air Command | Philadelphia, PA | Court of Common Pleas County of Philadelphia | Assault/Excessive Force of Patron | P |
| 9/1/2010 | Deposition | Daniel Okafor v. Borgata Casino Hotel, Marina District, Boyd Gaming; Mixx Night Club; Atlantic City Police Department | Camden, NJ | Superior Court of New Jersey Law Division: Camden County | Crowd Control/ Negligent Security; Assault/Excessive Force on Concert Goer | P |

Russell Kolins

YEARS 2009-2017

| DATE | TESTIMONY TYPE | CASE CAPTION | LOCATION | COURT JURISDICTION | INCIDENT TYPE | P/D |
|---|---|---|---|---|---|---|
| 8/12/2010 | Sworn Expert Declaration | William Drake v. The Fillmore & Live Nation Worldwide | San Francisco, CA | Superior Court for the State of California; County of San Francisco | Assault on Concert Goer/ Inadequate Security | P |
| 2/25/2010 | Statement of Review | Mary Doe v. Realty World Properties, Inc., et al. | Philadelphia, PA | Court of Common Pleas County of Philadelphia | Rape of Tenant/ Assault/ Negligent Security/ Premises Liability | P |
| 11/21/2009 | Deposition | Armando Garcia v. McAteer's Restaurant | Somerset, NJ | Superior Court of New Jersey Law Division: Somerset County | Dram Shop/Assault on Responding Police Officer | P |
| 10/1/2009 | Deposition | David Carpenter Jr., v. Sweta Inc.; Delux Inn; Jayesh Patel | Ft. Myers, FL | Circuit Court for the Twentieth Judicial Circuit in and for Lee County, FL | Motel Room Invasion/ Negligent Security | P |
| 8/27/2009 | Deposition | Estate of Zelaya v. Madison Square Garden | New York | US District Court for the Southern District of New York | Dram Shop/ Negligent Security Double Fatality | P |