IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA MILLIGAN

Plaintiff(s)

Case No.   16-CV-498

ROCK ON THE RIVER, INC. et al.

Defendant(s)

**MOTION TO APPEAR *PRO HAC VICE***

Phil Jensen        of    Jensen & Trevino, P.C.
Attorney                 Firm

respectfully requests that this Court grant admission *pro hac vice* in the above matter. I certify that I am an attorney in good standing licensed to practice in    Illinois
                                                                                                                                                                    Jurisdiction

Dated this _____ Day of ___May___, 20 _17_

s/ [signature]

Name   Phil Jensen

Firm   Jensen & Trevino, P.C.

Address 775 Sinsinawa Ave.

City   East Dubuque         State IL     Zip  61025

E-Mail phil@jensenlawpc.com

Phone  815.747.6999