IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOSHUA MILLIGAN, by his legal guardian
and conservator, SUSAN THOMAS,

      Plaintiff,                              Case No. 3:16-cv-498-jdp

     vs.

ROCK ON THE RIVER, INC.,
SCOTT SHECKLER,
JILL A. SHECKLER,
SHECKLER MANAGEMENT, INC.,
COUNTRY ON THE RIVER, INC.
ABC CORP., a fictitious company,
DEF CORP., a fictitious company,
GHI CORP., a fictitious company,
JKL INSURANCE COMPANY., a fictitious company
MNO INSURANCE COMPANY, a fictitious company, and
PQR INSURANCE COMPANY, a fictitious company.

      Defendants.
    And

ROCK ON THE RIVER, INC,. SCOTT SHECKLER,
JILL SHECKLER, SHECKLER MANAGEMENT,
INC., and COUNTRY ON THE RIVER, INC.,

      Third- Party Plaintiffs,
     vs.

ANTHONY WILLIAM RUNDE,

      Third-Party Defendant.

---

AMENDED NOTICE OF DEPOSITION

---

| | | |
|---|---|---|
| To: | John T. Schomisch, Jr.<br>One Law Group SC<br>100 W Lawrence St Ste 112<br>Appleton WI 54911-5754<br>jschomisch@onelawgroupsc.com | Christopher D. Stombaugh<br>Stombaugh Smith & Co<br>600 Washington Ave Ste 204<br>Towson MD 21204-3913<br>chris@stombaughsmith.com |
| | Mark D. Malloy<br>Joshua J. Bryant<br>Meissner Tierney Fisher & Nichols SC<br>111 E Kilbourn Ave Ste 1900<br>Milwaukee WI 53202-6679<br>mdm@mtfn.com | Daniel S. Lenz<br>Lawton & Cates SC<br>345 W Washington Ave Ste 201<br>PO Box 2965<br>Madison WI 53701-2965<br>dlenz@lawtoncates.com |
| | Craig R. Steger<br>Hale, Skemp, Hanson, Skemp & Sleik<br>505 King St # 300<br>PO Box 1927<br>La Crosse WI 54602-1927<br>crs@haleskemp.com | |

PLEASE TAKE NOTICE, that pursuant to Federal Rules of Civil Procedure, Rules 30 and 45, defendants/third-party plaintiffs, Rock on the River, Inc., Scott Sheckler,, Jill A. Sheckler, Sheckler Management, Inc. and Country on the River, Inc., by their attorneys, BASCOM, BUDISH & CEMAN, S.C., by Jacob A. Sosnay, will take the deposition upon oral examination of **JADEN McCULLICK** to be conducted before a duly-qualified notary public or other officer authorized to administer oaths, commencing at 10:00 a.m., on Friday, September 1, 2017, and continuing day-to-day until completed at **CRAWFORD COUNTY SHERIFF'S OFFICE, 224 N BEAUMONT RD, PRAIRIE DU CHIEN, WI 53821**. This deposition upon oral examination will be recorded by stenographic means.

Dated this <u>21st</u> day of August, 2017.

                                              **BASCOM, BUDISH & CEMAN, S.C.**

                                              _____
                                              Timothy A. Bascom
                                              State Bar No. 1010017
                                              Jacob A. Sosnay
                                              State Bar No. 1063964

                                              <u>Attorneys for</u>:
                                              Defendants/Third-Party Plaintiffs
                                              Rock on the River, Inc., Scott
                                              Sheckler,, Jill A. Sheckler,
                                              Sheckler Management, Inc. and
                                              Country on the River, Inc.

<u>P:O. Address</u>:
2600 North Mayfair Road,
 Suite 1140
Wauwatosa, WI  53226
(414) 476-0800

3