IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA MILLIGAN, by his legal guardian
and conservator, Susan Thomas,

    Plaintiff,

  v.                                                JUDGMENT IN A CIVIL CASE

ROCK ON THE RIVER, INC.,                      Case No. 16-cv-498-jdp
SCOTT SHECKLER, JILL SHECKLER,
SHECKLER MANAGEMENT, INC.,
and COUNTRY ON THE RIVER, INC.,

    Defendants,

and

ROCK ON THE RIVER, INC.,
SCOTT SHECKLER, JILL SHECKLER,
SHECKLER MANAGEMENT, INC.,
and COUNTRY ON THE RIVER, INC.,

    Third-Party Plaintiffs,

  v.

ANTHONY WILLIAM RUNDE,

    Third-Party Defendant.

      This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendants Rock on the River, Inc., Scott Sheckler, Jill Sheckler, Sheckler

Management, Inc., and Country on the River, Inc. and against plaintiff Joshua Milligan granting defendants' motion for summary judgment.

IT IS FURTHER ORDERED AND ADJUDGED that defendants' third-party claim against Anthony William Runde is dismissed as moot.

|  |  |
|---|---|
| s/ K. Frederickson, Deputy Clerk | December 29, 2017 |
| Peter Oppeneer, Clerk of Court | Date |