IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSHUA MILLIGAN, *by his legal guardian
and conservator*, SUSAN THOMAS,

    Plaintiff,                                              Case No. 16-cv-498-jdp

    vs.

ROCK ON THE RIVER, INC., SCOTT SHECKLER,
JILL A. SHECKLER, SHECKLER MANAGEMENT, INC.,
COUNTRY ON THE RIVER, INC., ABC CORP.,
DEF CORP., GHI CORP., JKL INSURANCE COMPANY,
MNO INSURANCE COMPANY, and
PQR INSURANCE COMPANY,

    Defendants,

and

ROCK ON THE RIVER, INC., SCOTT SHECKLER,
JILL SHECKLER, SHECKLER MANAGEMENT, INC.,
and COUNTRY ON THE RIVER, INC.

    Third-Party Plaintiffs,

ANTHONY RUNDE,

    Third-Party Defendant,

## PLAINTIFF'S NOTICE OF APPEAL

    Notice is hereby given that all Plaintiffs in the above named case hereby appeal to the United States Court of Appeals for the Seventh Circuit from the final judgment and order dismissing Plaintiff's claims entered in this action on the twenty-ninth day of December, 2017.

1

Dated this 26th day of January, 2018.

ONE LAW GROUP, S.C.
Attorneys for Plaintiff, Joshua Milligan

By: /s/ John T. Schomisch Jr.
     John T. Schomisch, Jr.
     State Bar No. 1008992

MAILING ADDRESS:
100 W. Lawrence Street, Suite 112
Appleton, WI 54911
Telephone: (920) 330-9211
Facsimile: (920) 336-5769
E-Mail: Jschomisch@onelawgroupsc.com

## Certificate of Service

       I hereby certify that service of the above and foregoing was made by filing a copy electronically with the ECF/PACER filing system, emailed and mailed to the following:

Tim A. Bascom
Jacob Sosnay
Attorney for Scott Sheckler Sr., Jill A. Sheckler, Sheckler Management, Inc., and Country on the River, Inc.
BASCUM, BUDISH & CEMAN, S.C.
2600 North Mayfair Rd.
Wauwatosa, WI 53226
Tel: 414-476-0800
Fax: 414-476-8545
tbascom@bbclaw.com
jsosnay@bbclaw.com

Scott Sheckler
c/o Craig Steger
HALE, SKEMP, HANSON, SKEMP, & SLEIK
505 King Street, Suite 300
La Crosse, WI 54602-1927
crs@haleskemp.com

State Farm Fire & Cas. Co.,
c/o Mark D. Malloy
MEISSNER TIERNEY FISHER & NICHOLS S.C.
11 E. Kilbourn Ave, STE 1900
Milwaukee, WI 53202-6679
mdm@mtfn.com

Anthony Runde
c/o Daniel Lenz
LAWTON & CATES, SC
P.O. Box 2965
Madison, WI 53701
dlenz@lawtoncates.com

Emile Banks
EMILE H. BANKS & ASSOCIATES, LLC
1200 N. Mayfair Rd. #290
Milwaukee, WI 53226
emile@emilebankslaw.com